JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRACIELA GARCIA, an individual, | **CASE NO.: CV10-768-VBF (CWx)** |
| Plaintiff, | JUDGE:  Hon. Valerie Baker Fairbank |
| v. | **ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT** |
| JP MORGAN CHASE BANK, N.A.; a national banking association, as successor by merger to WASHINGTON MUTUAL BANK, F.A., a federal savings bank; JJ&D FINANCIAL SERVICES, INC., a California corporation, dba SLP FINANCIAL SERVICES; and DOES 1-10, inclusive, | **Action Filed:**      November 10, 2009 [Los Angeles Superior Court, North Central District] |
| Defendants. | |

Having considered the Joint Stipulation to Remand Action to Los Angeles Superior Court, filed by Plaintiff Graciela Garcia, defendant JJ&D Financial Services, Inc., and defendant JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver, erroneously sued herein as "successor by merger to Washington Mutual Bank, F.A.," through their respective counsel,

1

2039271.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

1    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

2        1.     The First, Second, Third, Fourth and Sixth Causes of Action of Plaintiff's

3    Complaint against JPMorgan are voluntarily dismissed, *with prejudice*.

4        2.     This action is remanded to the Superior Court of California for the

5    County of Los Angeles.

6

7    DATED:  March 2, 2010

_____

Hon. Valerie Baker Fairbank
JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

2039271.1